CAUSE NO: 01-16-00808-CR

Court of Appeals For the First District of Texas at Houston

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY 25 2018

CHRISTOPHER A. PRINE
CLERK

EXPARTE: Richard Vincent Letizia

Trial Court: County Criminal Court At Law NO 10 of Harris County

TRIAL CAUSE: 2100551 AND 2112524

DATE: MAY 23, 2018

## FOR Court Record.

To the Honorable Judges of Said Court.
Comes Now Richard Vincent Appellant stating
for this Appellate Court Record the
following:

① July 6, 2018 Appellant was Arrested
without A warrant For Out of State Fugitive
in Harris County Texas. Trial Court At Law 10
issued trial Case-Cause number 2100551
this number is still being used unknown to this Appeal.

② September 20, 2016 The Appellant Writ of
Habeas Corpus Application was Filed and a
Hearing was held that day under trial
Case-Cause number 2100551, then was
Changed and the NEW CAUSE Number is 2112524

③ September 20, 2016 trial Case-Cause Number
2112524 became the New Number for

the same Writ of Habeas Corpus. Which was 2100551. There Are Two Case Numbers in one Trial. Why?

The Appellant was given permission to Amend his Appellant Brief by this Court on May 10, 2018. This Appellant can NOT Fairly Amend the Appellant Brief without All the trial information. Cause No 2100551 in trial court at Law 10 is the Arrest of Out of State Fugitive. C.C.P. 51.13. Sec 10. Cause No. 2112524 Writ of Habeas Corpus is the test of the Legality of the Fugitive Arrest Cause No. 2100551. C.C.P. 51.13. Sec 10 (A).

This Appellant NEEDS the Clerk Record of trial court 2100551, The Reporter's Record for September 20, 2016 and September 26, 2016 since these Hearings and proceedings Are what the writ of Habeas Corpus is challenging. Let this Appellant Appellate Record show that without the Clerk Record and Court Reporter transcripts from Harris County Trial Court at Law No. 10 this Appeal Court will be Violating this Appellant 4th and 6th United States Constitutional Rights depriving the Appellant a Fair Appeal. Tex. R. App. P. 52.11. (C)(D).

The Appellant has filed multiple documents And Motions in this Appeal Court with document Clerk of court Chris Daniels stamp, Showing

the CAUSE NUMBER 2100551 AND 2112524 oN Both Court Documents AND RESETS. PLEASE REVIEW the Evidence provided by this Appellant. PLEASE SEE the Court REPORTER's transcript Filed iN this Court oF Appeal Record oN October 26, 2016 AND VIEW PAGE 4 of this REPORTER RECORD LINE 1 AND 2 (oNE two)— The Court: "OKAY, WE'RE oN the Record iN CAUSE No. 2100551." That WAS Judge DAN Spjut SAYING that oN the Court REPORTER's RECORD VOLUME 1 oF 1 TRIAL CAUSE NO, 2112524 Writ of HabEAS Corpus HEARING held October 4, 2016. Why? The Judge DAN Spjut, is this Appellant STAR WITNESS for this Appellant. TEX.R.App.P. 52, 11(C)(0)

The HARRIS County District Attorney Kim ogg and AssistaNt District Attorney Allison FAlls Filed this AppEllAte APPELLEE'S BRIEF oN March 16, 2017 and the Cover of the "APPELLEE's BRIEF" list's trial CAUSE NO 2112524 but oN PAGE 9 of this Appellee's BRIEF Filed iN this Appeal Show the Fugitive ARREST trial CASE - CAUSE NUMBER is 2100551. That PAGE 9 of the APPELLEE'S BRIEF is iN the District Attorney "STATEMENT of FACTS". Why? This Appellant is REQUESTING this Court to EXPLAIN "Why" the TRIAL Court CAN USE two trial CAUSE Numbers 2100551 AND 2112524 iN this ONE Out of state Fugitive

Page 4

ARREST. TEX. R. App. P. 52.11.(C),(D). TEX. R. App. P. 44.2(A)
U.S.C. 4th, 5th, 6th, 7th, 8th, 9th Amendments.

    The Appellant Needs the March 2, 2018
transcripts for the Abatement Hearing
in Criminal Court at Law No. 10 trial Cause Number
2100551 Along with the September 20, 2016
Hearing transcripts trial Cause Number 2100551
And September 26, 2016 Transcripts from
the Hearing trial Number 2100551. These proceedings
were the "Out of State Fugitive And Writ of
Habeas Corpus Hearings" for this Appellate
Appeal Cause 01-16-00808-CR.

    The Appellant Law Library Access is
still Denied by the Harris County Sheriffs here
in the Harris County Jail 1200 Baker St 6EA2
Houston TX as of May 23, 2018.

    For the Appellate Appeal Record
For this Appeal for this Appellant Let the
Record Show The Appellant Needs All
of the Above to Fairly create his Appellant
Brief Amend. This Appellant has filed
An Extension that should Not start
Until the Clerks Record for trial 2100551
And Court Reporter's transcripts for trial
Cause Number 2100551 Are Delivered to the
Appellant

        Respectfully Submitted
        Richard Vincent Lettner

<u>Declaration</u>

I Richard Vincent Letizia Declares under penalty of perjury that the Above Allegations Are True and Correct to the best of my Knowledge. I am presently incarcerated in the Harris County Jail Harris County TX.

Executed May 23, 2018

Richard Vincent Letizia
SPN# 02880904
1200 Baker St 6E A2
Houston TX 77002

Leed Counsel Pro-se
Richard Vincent Letizia
SPN # 02880904
1200 Baker St. Cell 6# A2 (New cell)
Houston TX, 77002

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name: _Richard Vincent Letizia_

SPN: _02882904_ Cell: _6F A2_

Street _1200 Baker St_

HOUSTON, TEXAS 77002

**aramark** ™

**INDIGENT**

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAY 25 2018

CHRISTOPHER A. PRINE
CLERK

To Appeals Court Clerk
301 Fannin St. Room 245
Houston TX. 77002

7700282062 0016

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.47⁰
02 4W
0000334684 MAY 24 2018